

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-23-00303-CR |
| Appellant, | § | Appeal from the |
| v. | § | 229th Judicial District Court |
| REYNALDO ALBERTO PENA | § | of Duval County, Texas |
| Appellee. | § | (TC# 20-CRD-45) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We affirm the trial court's order granting Pena's motion to suppress insofar as it orders the suppression of any evidence relating to the polygraph examination and its results. We reverse the trial court's order insofar as it (1) suppresses the recorded portion of the post-polygraph interview that contains no reference to the examination or its results and (2) suppresses the inculpatory statements Pena made during that portion of the interview.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER 2024.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, Soto, JJ.